Melissa Newel (#148563)
NEWEL LAW
2625 Alcatraz Ave., Suite 132
Berkeley, CA 94705
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
GRACE KATHERINE CAMERON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE KATHERINE CAMERON,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>  Defendant. | No. 1:24-CV-01137 (GSA)<br><br>**STIPULATION FOR BRIEFING EXTENSION; ORDER** |

On September 25, 2024, Plaintiff Grace Katherine Cameron filed the instant civil action for judicial review of the defendant Commissioner of Social Security's decision denying her application for Social Security disability benefits. (ECF Doc. 1) The Defendant responded to Plaintiff's Complaint on November 20, 2024. (ECF Doc. 10) Pursuant to the Court's Scheduling

STIPULATION FOR BRIEFING EXTENSION

Order, Plaintiff's motion for summary judgment is currently due to be filed on or before December 20, 2023. (ECF Doc. 5 at p.2: 17-18)

The parties hereby stipulate that the date for Plaintiff's motion be extended by thirty (30) days, due to a death in Plaintiff's counsel's family. This is Plaintiff's first request for an extension. The defendant has no objection to the requested extension.

Respectfully submitted,

Dated: December 18, 2024

NEWEL LAW

By: *Melissa Newel*
Melissa Newel
Attorney for Plaintiff
GRACE KATHERINE CAMERON

Dated: December 18, 2024

PHILLIP A. TALBERT
United States Attorney
MATTHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7

By: *Justin L. Martin*
JUSTIN L. MARTIN
Special Assistant United States Attorney
Attorney for Defendant

**ORDER**

Good cause having been shown, IT IS ORDERED that Plaintiff shall be granted an extension of time of thirty (30) days to file her Opening Brief. The Opening Brief shall be filed on or before January 21, 2025, and all deadlines are modified accordingly.

IT IS SO ORDERED.

Dated:   **December 18, 2024**              /s/ Gary S. Austin
UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR BRIEFING EXTENSION