UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Grace Katherine Cameron,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Commissioner of Social Security,<br><br>　　　　Defendant. | CASE NO.: 1:24-cv-01137-GSA<br><br>**ORDER GRANTING BRIEFING EXTENSION**<br><br><br>(Doc. 15) |

　　As stipulated, it is **ordered** that Defendant shall have an extension up to and including March 24, 2025 to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

　Dated:　**February 20, 2025**　　　　　　　　　/s/ Gary S. Austin
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE