UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Grace Katherine Cameron, | No. 1:24-cv-01137-GSA |
| Plaintiff, | ORDER GRANTING EAJA FEES |
| v. | |
| Commissioner Of Social Security, | (ECF No. 21) |
| Defendants. | |

As stipulated, it is **ordered** that, per the EAJA, 28 U.S.C. §2412(d), attorney fees of $6,396.74 are awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:   **September 8, 2025**          **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE

1